Frederick W. **KEISER**, Jr., Appellant,

v.

Christopher **JOHNSON**; Jasmine H. Dzhanszyan; Law Firm of Criminal Defense Associates; Drew H. Wrigley, United States Attorney, Appellees.

No. 07–2444.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2008.

Filed: July 10, 2008.

Frederick W. Keiser, Jr., Springfield, MO, pro se.

Joseph A. Wetch, Jr., Serkland & Lundberg, Fargo, ND, David L. Peterson, Assistant U.S. Attorney, U.S. Attorney's Office, Bismarck, ND, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Frederick W. Keiser, Jr., appeals the district court's [1] dismissal of his complaint against his former criminal defense attorneys and the United States Attorney for the District of North Dakota, in which Keiser sought damages for violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961–1968, state law fraud, and "attorney discipline,"

---

1. The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.

and requested a writ of mandamus to compel the United States Attorney to bring a criminal prosecution. After carefully reviewing the record and Keiser's arguments on appeal, we find no basis for reversal. *See Benton v. Merrill Lynch & Co.,* 524 F.3d 866, 870 (8th Cir.2008) (standard of review).

Accordingly, we affirm the judgment. We also grant the motion to strike the documents in Keiser's addendum and appendix that were not contained in the record below, and we deny Keiser's request to supplement the record. *See Dakota Indus., Inc. v. Dakota Sportswear, Inc.,* 988 F.2d 61, 63 (8th Cir.1993) (appellate court generally cannot consider evidence not contained in record below).